IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH FLORES,

    Plaintiff,

 v.                                      No. CV 13-0838 KG/KBM

N.M.D.O.C., CLASSIFICATIONS BUREAU, ET AL.,

    Defendants.

## JUDGMENT

THIS MATTER having come before the Court, *sua sponte* under rules 1(b), 4 of the Rules Governing Section 2254 Cases and 28 U.S.C. § 1915(a), (e)(2), on Plaintiff's "Federal Writ of Habeas Corpus" (Doc. 1); the Court having construed the pleading as a complaint under 42 U.S.C. § 1983; and the Court having entered an order dismissing the complaint,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE